UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dominic Young and<br>Princeton Young,<br><br>   Plaintiffs,<br><br>v.<br><br>Moshe Davis, Michael Wegner,<br>Jeremy Riley, Davis Mueller,<br>David Mathes, and City of<br>Minneapolis,<br><br>   Defendants. | Civ. No. 25-1693 (PAM/EMB)<br><br><br><br>**ORDER** |

This matter is before the Court on Plaintiffs' letter requesting permission to file a motion to reconsider. (Docket No. 27.) Plaintiffs seek permission to file a motion asking the Court to reconsider its decision to dismiss Defendant Alexander Walls from this case. But the Court considered and rejected Plaintiffs' arguments; reiterating those arguments does not change the Court's previous determination.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiffs' letter request (Docket No. 27) is **DENIED**.

Dated: October 17, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge