UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dominic Young and<br>Princeton Young,<br><br>        Plaintiffs,<br><br>v.<br><br>Moshe Davis, Michael Wegner,<br>Jeremy Riley, Davis Mueller,<br>David Mathes, and City of<br>Minneapolis,<br><br>        Defendants. | Civ. No. 25-1693 (PAM/EMB)<br><br><br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elsa M. Bullard dated October 2, 2025. (Docket No. 25.) The R&R recommends dismissal of Plaintiffs' claims against Defendant Michael Wegner without prejudice. Plaintiffs did not file any objections to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 25) is **ADOPTED**; and

2. Plaintiffs' claims against Defendant Michael Wegner are **DIMISSED without prejudice.**

Dated: <u>October 29, 2025</u>                    <u>s/ Paul A. Magnuson</u>
                                                  Paul A. Magnuson
                                                  United States District Court Judge